**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

_____Division

## CIVIL RIGHTS COMPLAINT FORM

WILLIAM SHROYER    CASE NUMBER: 8:23 cv 425 KKM -JSS
(To be supplied by Clerk's Office)

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison
number, if applicable)

v.

(Enter <u>full name</u> of each <u>Defendant</u>. If
additional space is required, use the blank
area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  <u>PLACE OF PRESENT CONFINEMENT:</u> PASCO COUNTY JAIL
(Indicate the name and location)
LANDO'LAKes Florida

II. <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS?</u> Yes ( ) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]



DC 225 (Rev. 9/03)                              1

filing fee is paid.

**[SPECIAL NOTE:** To begin the in forma pauperis process, you must first execute the attached Affidavit of Indigency, setting forth information that establishes your financial status. You are required to answer every question on the Affidavit, have it properly notarized, and ensure that an authorized official at the institution completes the Affidavit Certificate. You must also provide the court with a certified copy of your prison account statement containing all transactions in your prisoner account for the six (6) months preceding the filing of the complaint].

**[SPECIAL NOTE:** Notwithstanding the above, the party or parties seeking leave to proceed in forma pauperis may be required to pay, as a condition to allowing the case to proceed in forma pauperis, a stated portion of the Clerk's and/or Marshal's fees.]

(10)   In forma pauperis status does not entitle you to free copies of pleadings, motions, orders, or docket reports. The cost is 50 cents per page.

(11)   After completing the Complaint and Affidavit of Indigency, mail the original Complaint, and one copy of the Complaint for each named defendant, along with the original Affidavit(s) of Indigency, to the **Clerk's Office using the address in number 7 above.** All copies of the Complaint must be identical to the original. You should also retain one copy of the complaint and all future pleadings and motions filed with the court for your personal records.

(12)   You must immediately advise the Court of any change of address and entitle the document "Notice to the Court of Change of Address." This notice shall contain the address change and the effective date. **FAILURE TO DO SO COULD RESULT IN THE DISMISSAL OF YOUR ACTION.**

(13)   **The Complaint and the Affidavit of Indigency or the filing fee should be submitted together. Further, after receiving notice from the Clerk's Office of your case number, you must include the case number on all checks submitted for payment of filing fees and on all filings.**

(14)   Parties should not correspond with the Court in letter form. Instead, the parties should file a pleading or motion with a title that briefly summarizes the content of the pleading or motion. Any correspondence addressed directly to a District Judge or Magistrate Judge will be stricken and returned.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

Genera̅l Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (X) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes (X) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (X) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes (X) No (  )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.    Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (  ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (X) No (  )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.    Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (  ) No (X)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                    3

III.   **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (X) No ( )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C.   If your answer is YES:

1.   What steps did you take? _I filed A Request And Asked for A Grievance_

2.   What were the results? _I WAS Given A Grievance But THE Grievance WAS Denied (see Attachment)_

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _22_ day of _Feb_ , 2_023_ .

Signature of Plaintiff

IV.    **PREVIOUS LAWSUITS**:

A.    Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B.    Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

   Plaintiff(s): _____ N/A _____

   _____

   Defendant(s): _____

   _____

   2.   Court (if federal court, name the district; if state court, name the county):

   _____ N/A _____

   3.   Docket Number: _____

   4.   Name of judge: _____

   5.   Briefly describe the facts and basis of the lawsuit: _____

   _____

   _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____ N/A _____

   _____

   7.   Approximate filing date: _____

   8.   Approximate disposition date: _____

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                                    5

_N/A_

V.  <u>PARTIES</u>:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: _WILLIAM Lee SHROYER_

Mailing address: _PASCO CO. JAIL, 20101 CentRAL_
_Blvd, LAnd O'LAKES, FLa, 34637_

B.  Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

D.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

DC 225 (Rev. 9/03)                    6

E.  Defendant: _____

    Mailing Address: _____

    _____

    Position: _____

    Employed at: _____

F.  Defendant: _____

    Mailing Address: _____

    _____

    Position: _____

    Employed at: _____

G.  Defendant: _____

    Mailing Address: _____

    _____

    Position: _____

    Employed at: _____

VI.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

CRULE And unUSUAL punishmenT

VII.   STATEMENT OF FACTS:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

WHen Being TRANSPorTed To ouTside CourT I Am PlAcEd In WAIST CHAIns WHICh ATTAch To HAnd cuffs THAT Are IncAsed In A "BlAck Box" To RESTRICT movemenT To my Arms And wrisTs, I Am Also PlAcED In Leg IROnS (SHAck/es) After ARIVING AT THe courT House I Am PlAced BeHInd A locked Cell Door And GuArdEd By seVerAL BAiLifs And PlAcEd under Video ObservATIon.

Statement of Facts, continued:

But I am forced to continue wearing my restraints which cut into my wrists and skin and bruise my arms and ankles and restrict my ability to use the rest room/ toilet. This usualy lasts up to eight (8) hours.

I have asked the bailifs to remove my restraints after I am placed in a holding cell but they refuse. (Because they are lazy)

Being forced to undergo harsh conditions of confinement not only restricts my ability to use the bathroom, but also causes me prolonged injuries to my wrists and ankles which leave me sore for weeks afterwards

VIII.    <u>RELIEF REQUESTED</u>:    State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

I AM REQUESTING THAT MY filing fee ($400.00) Be PAied By pAsco Co. SHeriffs office. — I AM Requesting $50,000.00 for MY PAin And Suffering, And I AM REQUESTING THAT MY RESTRAINTS Be Removed once I AM plAced in A Holding cell AT THE courT House, or AT leAST THe WAIST CHAINs And "BlAck Box" SO THAT I Don't suffer furTHER INJURY.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __22__ day of __Feb__, 2 __023__.

WilliAM SHroyer #1570428
20101 CenTrAl Blvd.
LANd o'LAkes, FL. 34637

(Signatures of all Plaintiffs)